UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**William McKinley Marsh and Katie Lee Marsh**
a/k/a William McKinnley Marsh, fdba Mack's   **Case No. 09-82262**
Cleaning, Katie Harrington Marsh, Katie H.
Marsh, Katie L. Katie, Katie Harrington Kelly,
fdba KM Retailing
S.S. Nos.: xxx-xx-0069 and xxx-xx-8563
Mailing Address: 16321 Highway 15/501, Aberdeen, NC 28315-

                              Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on December 18, 2009.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: January 8, 2010

                              **LAW OFFICES OF JOHN T. ORCUTT, P.C.**

                              /s John T. Orcutt
                              _____
                              John T. Orcutt
                              N.C. State Bar No. 10212
                              Counsel for the Debtors
                              6616-203 Six Forks Rd.
                              Raleigh, N.C. 27615
                              Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
(MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 12/11/09 |
|---|---|
| Lastname-SS#: | Marsh-0069 |

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Aaron's | | Contract |
| | Aaron's | | Contract |
| | | | |
| | | | |
| | | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | None |
| | |
| | |
| | |
| | |

## ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | None |

## LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG-TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

## STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Capital One | 1 | $5,467 | 6.00 | $55 | $116.38 | 2005 Chevrolet Cobalt |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |

## STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Drive Financial | 2 | $16,701 | 6.00 | $57 | $355.52 | 2004 Mercury Mountaineer |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |

## ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,600 |

## SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | $3,383 |

## UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $1,325 |
| State Taxes | |
| Personal Property Taxes | $68 |
| Alimony or Child Support Arrearage | |

## CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

## GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$607** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **12.00** months

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE     (Page 4 of 4)

Ch13Plan_MD_(New_DeSardi) (6/24/09) © John T. Orcutt

## Other Miscellaneous Provisions

Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, Charlene Free, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**


/s Charlene Free
Charlene Free

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Associated Recovery Systems
Post Office Box 1259
Oaks, PA 19456

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Badcock Home Furniture & more
1311 Town & Country Shopping C
Aberdeen, NC 28315

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Aaron's
1373 Sand Hill Boulevard
Aberdeen, NC 28315

Bay Fin
1 Corporate Drive
Suite 300
Wausau, WI 54401

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Absolute Collection Service
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

California Student Aid
Post Office Box 419032
Rancho Cordova, CA 95741

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

ACS
Post Office Box 7051
Utica, NY 13504-7051

California Student Aid
3300 Zinfandel Drive
Rancho Cordova, CA 95670-6043

Experian
P.O. Box 2002
Allen, TX 75013-2002

ACT
Post Office Box 8012
Canoga Park, CA 91309-8012

Capital One Auto Finance
3905 Dallas Parkway
Plano, TX 75093

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Alliance One Receivables
1160 Centre Point
Suite 1
Mendota Heights, MN 55120

Capital One Bank
Post Office Box 85015
Richmond, VA 23285-5015

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Allied Interstate
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231

Carolina Eye Associates
2170 Midland Road
Southern Pines, NC 28387-2927

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Associated Recovery Systems
Post Office Box 469046
Escondido, CA 92046-9046

Steven R. Carter, MD
c/o First Point Collection Resource
Post Office Box 26140
Greensboro, NC 27402-6140

Charlotte Radiology
c/o Stern & Associates
415 North Edgeworth Street
Suite 210
Greensboro, NC 27401

College Loan Corporation
501 Bleeker Street
Utica, NY 13501-2498

Commercial Recovery Systems
Post Office Box 570909
Dallas, TX 75357-0909

Credit One Bank
585 South Pilot Street
Las Vegas, NV 89119

Doctors Vision Center
c/o Credit Bureau of Winston-Salem
Post Office Box 3136
Winston Salem, NC 27102-3136

Drive Financial
PO Box 562088
Dallas, TX 75247

Drive Financial
PO Box 560284
Dallas, TX 75356-0284

EdFund
c/o General Revenue
Post Office Box 6138
Indianapolis, IN 46206-6138

EdFund
Post Default Services
Post Office Box 419033
Rancho Cordova, CA 95741-9033

EdFund
Internal Collections Unit
Post Office Box 419045
Rancho Cordova, CA 95741-9045

Educaid/Wachovia
1002 Arthur Drive
Lynn Haven, FL 32444

Eye Surgery Center
c/o FirstPoint Collection Resources
Post Office Box 26140
Greensboro, NC 27402-6140

Fifth Third Bank
One Riverfront Place
20 NW First Street
Evansville, IN 47708

First Health of the Carolinas
Post Office Box 3000
Pinehurst, NC 28374

First Health Richmond Memorial
c/o First Point Collection Resources
Post Office Box 26140
Greensboro, NC 27402-6140

First Point Collection Resources
Post Office Box 26140
Greensboro, NC 27402-6140

GE Money Bank
Bankruptcy Dept.
Post Office Box 103104
Roswell, GA 30076-3104

General Revenue Corporation
11501 Northlake Drive
Cincinnati, OH 45249-1643

Hoke County Tax Collector
Post Office Box 217
Raeford, NC 28376-0217

HSBC Bank
Post Office Box 5253
Carol Stream, IL 60197

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

JC Penney
Post Office Box 981402
El Paso, TX 79998

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Mitsubishi
1211 Semorran Boulevard
Suite 341
Casselberry, FL 32707

Moore County Tax Depsrtment
Post Office Box 428
Carthage, NC 28327-0428

National Student Loan Program
c/o NCO Financial
425017 East 7030475 (6806) 029.
New Berlin, WI 53151

New World Media
Post Office Box 8969
Westbury, NY 11590-8969

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611-6504

Pinehurst Medical Clinic
c/o FirstPoint Collection Resources
Post Office Box 26140
Greensboro, NC 27402-6140

Portfolio Recovery Associates
c/o Sessoms and Rogers
Post Office Box 52508
Durham, NC 27717

Protect America
c/o Anderson Crenshaw Associates
12801 North Central Expressway
Suite 250
Dallas, TX 75243

Regional Adjustment Bureau, Inc.
Post Office Box 1022
Wixom, MI 48393-1022

Sandhills Emergency Physicians
Post Office Box 48305
Jacksonville, FL 32247-8305

Santander
8585 Stemmons Fwy
Suite 1100-N
Dallas, TX 75247

Silvestry Chevrolet
1609 South Main Street
Laurinburg, NC 28352

Stern and Associates. PA
415 North Edgeworth Street
Suite #210
Greensboro, NC 27401

Suncom Wireless
c/o Platinum
1245 South Main Street
Suite 100
Grapevine, TX 76051

University of Phoenix
4615 East Elwood Street
Phoenix, AZ 85040

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

US Attorney's Office  (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

US Department of Education
Post Office Box 5202
Greenville, TX 75403-5202

US Department of Education
Post Office Box 13328
Richmond, VA 23225-0328

US Department of Education
Direct Loan Servicing Center
Post Office Box 5609
Greenville, TX 75403-5609

US Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

Wachovia
Post Office Box 7057
Utica, NY 13504-7057

Wachovia Bank
Mark J. McClelland
Post Office Box 3099
Winston Salem, NC 27150

Wachovia Bank NA
Post Office Box 50014
Roanoke, VA 24040-0014

Wells Fargo
301 East 58th Street North
Sioux Falls, SD 57104

Wells Fargo
c/o CSA
3300 Zinfandel Drive
Rancho Cordova, CA 95670

Willcox, McFayden, Fields & Suth
112 East Edinborough Avenue
Raeford, NC 28376

World Omni Financial Corporation
Post Office Box 991817
Mobile, AL 36691-1817